Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–25516–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kenneth M Komorsky
100 Fox Hollow Drive
Mays Landing, NJ 08330

Sandra Komorsky
aka Sandra G. Komorsky
100 Fox Hollow Drive
Mays Landing, NJ 08330

Social Security No.:
xxx–xx–5884                                    xxx–xx–4784

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:            March 17, 2020
Time:            10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*39* – Opposition in Opposition to Stay Relief (related document:38 Creditor's Certification of Default (related document:29 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Metropolitan Life Insurance Company. Objection deadline is 02/25/2020. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Metropolitan Life Insurance Company) filed by Thomas E. Dowey on behalf of Kenneth M Komorsky, Sandra Komorsky. (Dowey, Thomas)

and transact such other business as may properly come before the meeting.

Dated: February 21, 2020
JAN: kaj

Jeanne Naughton
Clerk