Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−25516−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Kenneth M Komorsky                                Sandra Komorsky
   100 Fox Hollow Drive                            aka Sandra G. Komorsky
   Mays Landing, NJ 08330                      100 Fox Hollow Drive
                                                         Mays Landing, NJ 08330

Social Security No.:
   xxx−xx−5884                                              xxx−xx−4784

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                 March 17, 2020
Time:               10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*39* – Opposition in Opposition to Stay Relief (related document:38 Creditor's Certification of Default (related document:29 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Metropolitan Life Insurance Company. Objection deadline is 02/25/2020. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Metropolitan Life Insurance Company) filed by Thomas E. Dowey on behalf of Kenneth M Komorsky, Sandra Komorsky. (Dowey, Thomas)

and transact such other business as may properly come before the meeting.

Dated: February 21, 2020
JAN: kaj

                                                                                                                                             Jeanne Naughton
                                                                                                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Kenneth M Komorsky  
Sandra Komorsky  
    Debtors

Case No. 18-25516-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1　　　　User: admin　　　　Page 1 of 1　　　　Date Rcvd: Feb 21, 2020  
　　　　　　　　　　　　　　Form ID: 173　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2020.  
db/jdb　　　+Kenneth M Komorsky,　　Sandra Komorsky,　　100 Fox Hollow Drive,　　Mays Landing, NJ 08330-4937

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2020 at the address(es) listed below:

    Denise E. Carlon　　on behalf of Creditor　　Metropolitan Life Insurance Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Harold N. Kaplan　　on behalf of Creditor　　Metropolitan Life Insurance Company hkaplan@rasnj.com, informationathnk@aol.com  
    Isabel C. Balboa　　on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
    Isabel C. Balboa　　ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
    Kevin Gordon McDonald　　on behalf of Creditor　　Metropolitan Life Insurance Company kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Melissa N. Licker　　on behalf of Creditor　　Metropolitan Life Insurance Company NJ_ECF_Notices@mccalla.com  
    Sindi  Mncina　　on behalf of Creditor　　Metropolitan Life Insurance Company smncina@rascrane.com  
    Thomas E. Dowey　　on behalf of Joint Debtor Sandra  Komorsky tdesquire@hotmail.com  
    Thomas E. Dowey　　on behalf of Debtor Kenneth M Komorsky tdesquire@hotmail.com  
    U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 10