UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Law Office of Thomas E. Dowey, Esq.
1423 Tilton Road, Suite 8
Northfield, New Jersey 08225
609-646-6200

Order Filed on March 31, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kenneth Komorsky
Sandra Komorsky

Case No.: 18-25516

Chapter: 13

Judge: JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: March 31, 2020

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Thomas E. Dowey, Esq. _____, the applicant, is allowed a fee of $ _____ 500.00 _____ for services rendered and expenses in the amount of $ _____ 0 _____ for a total of $ _____ 500.00 _____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority. $300 IN PLAN

☒ outside the plan. $200 already received

The debtor's monthly plan is modified to require a payment of $ _____ 358.32 _____ per month for _____ 41 _____ months to allow for payment of the above fee.

rev.8/1/15