|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Law Office of Thomas E. Dowey, Esq.<br>1423 Tilton Road, Suite 8<br>Northfield, New Jersey 08225<br>609-646-6200 | Order Filed on March 31, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Kenneth Komorsky<br>Sandra Komorsky | Case No.: 18-25516<br>Chapter: 13<br>Judge: JNP |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: March 31, 2020

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Thomas E. Dowey, Esq._____, the applicant, is allowed a fee of $_____500.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____500.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority. $300 IN PlaN

☒ outside the plan. $200 already received

The debtor's monthly plan is modified to require a payment of $_____358.32_____ per month for _____41_____ months to allow for payment of the above fee.

rev.8/1/15

2

United States Bankruptcy Court
District of New Jersey

In re:  
Kenneth M Komorsky  
Sandra Komorsky  
   Debtors

Case No. 18-25516-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 1   Date Rcvd: Mar 31, 2020  
      Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2020.
db/jdb   +Kenneth M Komorsky,   Sandra Komorsky,   100 Fox Hollow Drive,   Mays Landing, NJ 08330-4937

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

   ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020         Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2020 at the address(es) listed below:
   Denise E. Carlon   on behalf of Creditor   Metropolitan Life Insurance Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
   Harold N. Kaplan   on behalf of Creditor   Metropolitan Life Insurance Company hkaplan@rasnj.com, informationathnk@aol.com
   Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
   Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com
   Kevin Gordon McDonald   on behalf of Creditor   Metropolitan Life Insurance Company kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
   Melissa N. Licker   on behalf of Creditor   Metropolitan Life Insurance Company NJ_ECF_Notices@mccalla.com
   Sindi Mncina   on behalf of Creditor   Metropolitan Life Insurance Company smncina@rascrane.com
   Thomas E. Dowey   on behalf of Joint Debtor Sandra Komorsky tdesquire@hotmail.com
   Thomas E. Dowey   on behalf of Debtor Kenneth M Komorsky tdesquire@hotmail.com
   U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                 TOTAL: 10