Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

           Case No.:  18−25516−ABA
           Chapter:  13
           Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kenneth M Komorsky                          Sandra Komorsky
   100 Fox Hollow Drive                          aka Sandra G. Komorsky
   Mays Landing, NJ 08330                      100 Fox Hollow Drive
                                                           Mays Landing, NJ 08330

Social Security No.:
  xxx−xx−5884                                    xxx−xx−4784

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                  December 21, 2021
Time:                 10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*51* − Opposition in Opposition to Stay Relief (related document:50 Creditor's Certification of Default (related document:25 Motion for Relief from Stay re: 100 Fox Hollow Drive, Hamilton Township NJ 08330. Fee Amount $ 181. filed by Creditor Metropolitan Life Insurance Company, 38 Creditor's Certification of Default filed by Creditor Metropolitan Life Insurance Company, 39 Opposition filed by Debtor Kenneth M Komorsky, Joint Debtor Sandra Komorsky, 40 Hearing (Document) Scheduled, 42 Order (Generic)) filed by Denise E. Carlon on behalf of Metropolitan Life Insurance Company. Objection deadline is 11/29/2021. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Metropolitan Life Insurance Company) filed by Thomas E. Dowey on behalf of Kenneth M Komorsky, Sandra Komorsky. (Dowey, Thomas)

and transact such other business as may properly come before the meeting.

Dated: November 29, 2021
JAN: lgr

                                                                                 Jeanne Naughton
                                                                                 Clerk