UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Metropolitan Life Insurance Company

In Re:

Kenneth Komorsky & , Sandra Komorsky,

Debtors.

Case No.:      18-25516-ABA

Chapter:         13

Hearing Date:    12/21/2021

Judge:           Altenburg

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 50)

_____

Date: 12/17/2021                    /s/ Denise Carlon
                                    Signature

*rev.8/1/15*