Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−25516−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kenneth M Komorsky                                    Sandra Komorsky
   100 Fox Hollow Drive                                  aka Sandra G. Komorsky
   Mays Landing, NJ 08330                             100 Fox Hollow Drive
                                                                   Mays Landing, NJ 08330

Social Security No.:
   xxx−xx−5884                                                    xxx−xx−4784

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 26, 2018.

On 12/17/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                 January 26, 2022
Time:               09:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 20, 2021
JAN: kaj

                                                                                         Jeanne Naughton
                                                                                         Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Kenneth M Komorsky  
Sandra Komorsky  
    Debtors

Case No. 18-25516-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Dec 20, 2021      Form ID: 185      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++      Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth M Komorsky, Sandra Komorsky, 100 Fox Hollow Drive, Mays Landing, NJ 08330-4937 |
| 517681313 | + | Account Services, P O Box 1269, Columbus, OH 43216-1269 |
| 517681314 | + | Atlantic Care Regional Medical Center, P.O. Box 786361, Philadelphia, PA 19178-6361 |
| 517681315 | + | Black Horse Pike Auto Collision, 6324 Black Horse Pike, Egg Harbor Township, NJ 08234-5543 |
| 517681316 | + | Boakes Funeral Home Inc., 6050 Main street, Mays Landing, NJ 08330-1852 |
| 517681317 | + | CAC Comercial Acceptance Company, 2300 Gettysburg Rd Suite 102, Camp Hill, PA 17011-7303 |
| 517767579 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517681318 | + | Cardholder services Disputes, P O Box 2994, Phoenix, AZ 85062-2994 |
| 517681319 | + | Central Credit Services, LLC, P.O. Box 1259, Dept. #120957, Oaks, PA 19456-1259 |
| 517681323 | + | Fay Servicing, P.O. Box 619063, Dallas, TX 75261-9063 |
| 517810219 | +++ | Fay Servicing , LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 517681324 | + | First Bankcard, C/O First National Bank of Omaha, P.O. Box 3437, Omaha, NE 68103-0437 |
| 517681325 | + | Hayt, Hayt & Landau, LLC, Meridian Center 1, Two Industrial Way West, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 517681327 | + | Law office of Joel Cardis, LLC, 2006 Swede RD Suite 100, Norristown, PA 19401-1787 |
| 517681328 | | Leafy Green Landscaping, 482 Tuckahoe Rd, Buena, NJ 08310 |
| 518164091 | + | METROPOLITAN LIFE INSURANCE COMPANY, Fay Servicing, LLC, 3000 Kellway Drive Suite 150, Carrollton, TX 75006-3357 |
| 517681331 | + | Terminix, P O Box 742592, Cincinnati, OH 45274-2592 |
| 517681332 | + | The Paragon, P O Box 2864, Monroe, WI 53566-8064 |
| 517681333 | + | The premier Surgical Network, 535 Sycamore Ave, Shrewsbury, NJ 07702-4225 |
| 517681334 | + | Xfinity, P O Box 350, Trenton, NJ 08625-0350 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 20 2021 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 20 2021 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517787916 | + | Email/Text: g20956@att.com | Dec 20 2021 20:37:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 517681314 | + | Email/Text: ARMCOnlineBillPay@Atlanticare.org | Dec 20 2021 20:37:00 | Atlantic Care Regional Medical Center, P.O. Box 786361, Philadelphia, PA 19178-6361 |
| 517725287 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 20 2021 20:46:01 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517681321 | + | Email/Text: bankruptcy@credencerm.com | | |

Case 18-25516-ABA   Doc 58   Filed 12/22/21   Entered 12/23/21 00:14:02   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 20, 2021 | Form ID: 185 | Total Noticed: 34 |

| Recip ID | | Notice method | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Dec 20 2021 20:37:00 | Credence, 17000 Dallas Parkway Suite 204, Dallas, TX 75248-1940 |
| 517681322 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 20 2021 20:45:38 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 517709928 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 20 2021 20:37:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 517681326 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 20 2021 20:37:00 | Kohls/Capone, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 517776629 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2021 20:45:39 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517750843 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 20 2021 20:45:37 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517681329 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 20 2021 20:45:49 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste. 100, Norfolk, VA 23502 |
| 517681330 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 20 2021 20:45:37 | Portfolio Recovery Associates, P O Box 12914, Norfolk, VA 23541 |
| 517806798 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 20 2021 20:37:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517682589 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 20 2021 20:45:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517804785 | | METROPOLITAN LIFE INSURANCE COMPANY |
| 517681320 | ##+ | Chase receivables, 755 Baywood Drive Suite 208, Petaluma, CA 94954-5508 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 22, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | |

| | |
|---|---|
| | on behalf of Creditor Metropolitan Life Insurance Company dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Metropolitan Life Insurance Company hkaplan@rasnj.com informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor Metropolitan Life Insurance Company kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Melissa N. Licker | on behalf of Creditor Metropolitan Life Insurance Company mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| Sindi Mncina | on behalf of Creditor Metropolitan Life Insurance Company smncina@raslg.com |
| Thomas E. Dowey | on behalf of Debtor Kenneth M Komorsky tdesquire@hotmail.com |
| Thomas E. Dowey | on behalf of Joint Debtor Sandra Komorsky tdesquire@hotmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10