| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Law Office of Thomas E. Dowey, Esq.<br>2312 New Road, Suite 103<br>Northfield, New Jersey 08225<br>609-646-6200 | Case No.: | 18-25516 |
| | Chapter: | 13 |
| In Re:<br>Kenneth & Sandra Komorsky | Adv. No.: | |
| | Hearing Date: | |
| | Judge: | ABA |

## CERTIFICATION OF SERVICE

1. I, ____Thomas E. Dowey, Esq.____ :

    ☒ represent ____the debtors____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On ____1/14/2022____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Modified Chapter 13 Plan and the transmittal letter, cert of service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __1/14/2022__                                     /S/ Thomas E. Dowey, Esq.
                                                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| See attached list of creditors | Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

# District of New Jersey
# Claims Register

## 18-25516-ABA Kenneth M Komorsky and Sandra Komorsky

**Judge:** Andrew B. Altenburg, Jr.      **Chapter:** 13
**Office:** Camden      **Last Date to file claims:** 10/11/2018
**Trustee:** Isabel C. Balboa      **Last Date to file (Govt):**

| | | |
|---|---|---|
| *Creditor:* (517709928)<br>Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | **Claim No: 1**<br>*Original Filed*<br>*Date:* 08/20/2018<br>*Original Entered*<br>*Date:* 08/20/2018 | *Status:* Withdraw 11<br>*Filed by:* CR<br>*Entered by:* Linda Dold<br>*Modified:* |

Amount claimed: $266.09

*History:*
Details  1-1  08/20/2018  Claim #1 filed by Jefferson Capital Systems LLC, Amount claimed: $266.09 (Dold, Linda)
          11   09/05/2018  Withdrawal of Claim(s): Claim Number 1. (Dirksen, Stephen) Status: Withdraw

*Description:* (1-1) RETAIL
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (517725287)<br>Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | **Claim No: 2**<br>*Original Filed*<br>*Date:* 08/27/2018<br>*Original Entered*<br>*Date:* 08/27/2018 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ashley Boswell<br>*Modified:* |

Amount claimed: $4105.42

*History:*
Details  2-1  08/27/2018  Claim #2 filed by Capital One Bank (USA), N.A., Amount claimed: $4105.42 (Boswell, Ashley)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (517725287)<br>Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | **Claim No: 3**<br>*Original Filed*<br>*Date:* 08/27/2018<br>*Original Entered*<br>*Date:* 08/27/2018 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Ashley Boswell<br>*Modified:* |

Amount claimed: $2950.17

*History:*
Details  3-1  08/27/2018  Claim #3 filed by Capital One Bank (USA), N.A., Amount claimed: $2950.17 (Boswell, Ashley)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| ✓ Creditor:    (517725287)<br>Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | **Claim No: 4**<br>Original Filed<br>Date: 08/27/2018<br>Original Entered<br>Date: 08/27/2018 | Status:<br>Filed by: CR<br>Entered by: Ashley Boswell<br>Modified: |

Amount claimed: $982.03

History:

Details  ●  4-1    08/27/2018  Claim #4 filed by Capital One Bank (USA), N.A., Amount claimed: $982.03 (Boswell, Ashley)

Description:

Remarks:

| | | |
|---|---|---|
| ✓ Creditor:    (517750843)<br>MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | **Claim No: 5**<br>Original Filed<br>Date: 09/11/2018<br>Original Entered<br>Date: 09/11/2018 | Status:<br>Filed by: CR<br>Entered by: William Andrews<br>Modified: |

Amount claimed: $1806.71
Secured claimed:    $0.00

History:

Details  ●  5-1    09/11/2018  Claim #5 filed by MERRICK BANK, Amount claimed: $1806.71 (Andrews, William)

Description:

Remarks:

| | | |
|---|---|---|
| ✓ Creditor:    (517750843)<br>MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | **Claim No: 6**<br>Original Filed<br>Date: 09/11/2018<br>Original Entered<br>Date: 09/11/2018 | Status:<br>Filed by: CR<br>Entered by: LeoAnn Shannon<br>Modified: |

Amount claimed: $684.52
Secured claimed:    $0.00

History:

Details  ●  6-1    09/11/2018  Claim #6 filed by MERRICK BANK, Amount claimed: $684.52 (Shannon, LeoAnn)

Description:

Remarks:

| | | |
|---|---|---|
| ✓ Creditor:    (517767579)<br>Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | **Claim No: 7**<br>Original Filed<br>Date: 09/20/2018<br>Original Entered<br>Date: 09/20/2018 | Status:<br>Filed by: CR<br>Entered by: Elizabeth Redmond<br>Modified: |

Amount claimed: $381.02

History:

Details  ●  7-1    09/20/2018  Claim #7 filed by Capital One, N.A., Amount claimed: $381.02 (Redmond, Elizabeth)

Description:

Remarks:

| | | |
|---|---|---|
| Creditor:  (517767579)<br>✓ Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Claim No: 8<br>Original Filed<br>Date: 09/21/2018<br>Original Entered<br>Date: 09/21/2018 | Status:<br>Filed by: CR<br>Entered by: Elizabeth Redmond<br>Modified: |

Amount claimed: $609.59

History:

Details  ● 8-1   09/21/2018 Claim #8 filed by Capital One, N.A., Amount claimed: $609.59 (Redmond, Elizabeth)

Description:
Remarks:

| | | |
|---|---|---|
| Creditor:  (517776629)<br>LVNV Funding, LLC its successors and assigns as<br>assignee of MHC Receivables, LLC and FNBM, LLC<br>✓ Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim No: 9<br>Original Filed<br>Date: 09/26/2018<br>Original Entered<br>Date: 09/26/2018 | Status:<br>Filed by: CR<br>Entered by: Susan Gaines<br>Modified: |

Amount claimed: $490.81
Secured claimed:   $0.00

History:
Details  ● 9-1   09/26/2018 Claim #9 filed by LVNV Funding, LLC its successors and assigns as, Amount claimed: $490.81 (Gaines, Susan)

Description:
Remarks:

| | | |
|---|---|---|
| Creditor:  (517776629)<br>LVNV Funding, LLC its successors and assigns as<br>assignee of MHC Receivables, LLC and FNBM, LLC<br>✓ Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim No: 10<br>Original Filed<br>Date: 09/26/2018<br>Original Entered<br>Date: 09/26/2018 | Status:<br>Filed by: CR<br>Entered by: Susan Gaines<br>Modified: |

Amount claimed: $581.22
Secured claimed:   $0.00

History:
Details  ● 10-1   09/26/2018 Claim #10 filed by LVNV Funding, LLC its successors and assigns as, Amount claimed: $581.22 (Gaines, Susan)

Description:
Remarks:

| | | |
|---|---|---|
| ✓ Creditor:  (517787916)<br>AT&T Mobility II LLC<br>%AT&T SERVICES INC.<br>KAREN A. CAVAGNARO PARALEGAL<br>ONE AT&T WAY, SUITE 3A104<br>BEDMINSTER, NJ. 07921 | Claim No: 11<br>Original Filed<br>Date: 10/01/2018<br>Original Entered<br>Date: 10/01/2018 | Status:<br>Filed by: CR<br>Entered by: Sandra Stinson<br>Modified: |

History:
Details  ● 11-1   10/01/2018 Claim #11 filed by AT&T Mobility II LLC, Amount claimed: $526.13 (Stinson, Sandra)

Description:
Remarks:

Amount claimed: $526.13

History:
Details  ⬤  11-1  10/01/2018  Claim #11 filed by AT&T Mobility II LLC, Amount claimed: $526.13 (Stinson, Sandra)

Description:
Remarks:

Creditor:   (518164091)
METROPOLITAN LIFE INSURANCE COMPANY
Fay Servicing, LLC
3000 Kellway Drive Suite 150
Carrollton, TX 75006    Claimant History

Claim No: 12
Original Filed Date: 10/09/2018
Original Entered Date: 10/09/2018
Last Amendment Filed: 04/04/2019
Last Amendment Entered: 04/04/2019

Status:
Filed by: CR
Entered by: Sindi Mncina
Modified:

Amount claimed: $207259.28
Secured claimed: $207259.28

History:
Details  ⬤  12-1  10/09/2018  Claim #12 filed by METROPOLITAN LIFE INSURANCE COMPANY, Amount claimed: $207259.28 (Buttery, Kevin)
        doc  11/29/2018  Notice of Mortgage Payment Change. Re: Claim #: 12 with Certificate of Service. Filed by Metropolitan Life Insurance Company (Mncina, Sindi)
Details  ⬤  12-2  04/04/2019  Amended Claim #12 filed by METROPOLITAN LIFE INSURANCE COMPANY, Amount claimed: $207259.28 (Mncina, Sindi)
        doc  11/07/2019  Notice of Mortgage Payment Change. Re: Claim #: 12, Claimant: Metropolitan Life Insurance Company with Certificate of Service. Filed by Metropolitan Life Insurance Company (Licker, Melissa)
        doc  10/22/2020  Notice of Mortgage Payment Change. Re: Claim #: 12, Claimant: Metropolitan Life Insurance Company with Certificate of Service.. (Bhoopal, Kinnera)
        doc  10/25/2021  Notice of Mortgage Payment Change. Re: Claim #: 12, Claimant: Metropolitan Life Insurance Company with Certificate of Service.. (Exnowski, Dane)

Description: (12-1) 100 Fox Hollow Drive Hamilton Town, NJ 08330
(12-2) 100 FOX HOLLOW DR, HAMILTON TOWN, NJ 08330
Remarks:

Creditor:   (517806798)
Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-9617

Claim No: 13
Original Filed Date: 10/10/2018
Original Entered Date: 10/10/2018

Status:
Filed by: CR
Entered by: Linda Dold
Modified:

Amount claimed: $647.80

History:
Details  ⬤  13-1  10/10/2018  Claim #13 filed by Premier Bankcard, Llc, Amount claimed: $647.80 (Dold, Linda)
Description: (13-1) CREDIT CARD
Remarks:

# Claims Register Summary

**Case Name:** Kenneth M Komorsky and Sandra Komorsky
**Case Number:** 18-25516-ABA
**Chapter:** 13
**Date Filed:** 08/02/2018