OneSource Virtual
9001 Cypress Waters Blvd
Dallas, TX-75019

**onesource**
VIRTUAL

Employment Status Notification

January 26, 2022

District of New Jersey
401 Market St
Camden, New Jersey 08102
United States

**FILED**
JEANNE A. NAUGHTON, CLERK

FEB 0 3 2022

U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY ＿＿＿＿＿ DEPUTY

RE:    Kenneth Sandra Komorsky
Case ID:   18-25516

Dear Sir/Madam:

On behalf of Fiserv Solutions, LLC, we are hereby notifying you that the above mentioned individual is not known to be a current or former employee.



Should you have any questions regarding this notification, please send an email to OSVGarnishment@onesourcevirtual.com and reference both the Company/Employer, Employee, and Case/Withholding Order ID.

Best Regards,

OneSource Virtual
Garnishment Department

300281,Termination,NFL-740845                                                                                             ***

PRESORTED FIRST CLASS

US POSTAGE $00.494

RECEIVED
FEB - 3 2022

OneSource Virtual
9001 Cypress Waters Blvd
Dallas, TX-75019

District of New Jersey
401 Market St
Camden, New Jersey 08102
United States