UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Office of Thomas E. Dowey, Esq.
2312 New Road, Suite 103
Northfield, New Jersey 08225
609-646-6200

In Re:

Kenneth & Sandra Komorsky

Case No.: __18-25516__

Chapter: __13__

Adv. No.: _____

Hearing Date: _____

Judge: __ABA__

## CERTIFICATION OF SERVICE

1. I, __Thomas E. Dowey, Esq__ :

   ☒ represent __the debtors__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __1/14/2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Modified Chapter 13 Plan and the Transmittal letter and cert of service.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __2/18/2022__

/S/ Thomas E. Dowey, Esq.
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| AT&T Mobility II LLC<br>%AT&T Services Inc.<br>Karen A. Cavagnaro Paralegal<br>1 AT&T Way, Suite 3A104<br>Bedminster, NJ 07921 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Metropolitan Life Insurance Company<br>Fay Servicing, LLC<br>3000 Kellway Drive, Suite 150<br>Carrollton, TX 75006 | Creditor<br>*Mortgage Co* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Premier Bankcard, LLC<br>Jefferson Capital Systems LLC<br>Assignee<br>PO Box 7999<br>St. Cloud, MN 56302 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| LVNV Funding, LLC its successors and assigns as assignee of MHC Receivables, LLC and FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One, NA<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jefferson Capital Systems, LLC<br>PO Box 7999<br>St. Cloud, MN 56302 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One Bank (USA), NA<br>PO Box 71083<br>Charlotte, NC 28272 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Merrick Bank<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16