| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** Law Office of Thomas E. Dowey, Esq 2312 New Road, Suite 103 Northfield, New Jersey 08225 609-646-6200 | Case No.: | 18-25516 |
| | Chapter: | 13 |
| In Re: Kenneth & Sandra Komorsky | Adv. No.: | |
| | Hearing Date: | |
| | Judge: | ABA |

## CERTIFICATION OF SERVICE

1. I, ____Thomas E. Dowey, Esq____ :

    ☒ represent _____debtors_____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____3/21/2022_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
Modifed Chapter 13 Plan, Transmittal Letter and Cert of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 3/21/2022                                              /S/ Thomas E. Dowey, Esq.
                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| RAS Crane LLC<br>Bankruptcy Dept<br>10700 Abbott's Bridge Road, Suite 170<br>Duluth, GA 30097 | Attorney Requesting Service | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML Law Group<br>Attn Kevin McDonald, Esq<br>216 Haddon Ave., Ste 406<br>Westmont, N.J. 08108 | Attorney Requesting Service | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |