Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−25516−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kenneth M Komorsky | Sandra Komorsky |
| 100 Fox Hollow Drive | aka Sandra G. Komorsky |
| Mays Landing, NJ 08330 | 100 Fox Hollow Drive |
| | Mays Landing, NJ 08330 |

Social Security No.:
  xxx−xx−5884                                     xxx−xx−4784

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 28, 2022.

Dated: April 28, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-25516-ABA |
| Kenneth M Komorsky | Chapter 13 |
| Sandra Komorsky | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 28, 2022 | Form ID: plncf13 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth M Komorsky, Sandra Komorsky, 100 Fox Hollow Drive, Mays Landing, NJ 08330-4937 |
| 517681313 | + | Account Services, P O Box 1269, Columbus, OH 43216-1269 |
| 517681315 | + | Black Horse Pike Auto Collision, 6324 Black Horse Pike, Egg Harbor Township, NJ 08234-5543 |
| 517681316 | + | Boakes Funeral Home Inc., 6050 Main street, Mays Landing, NJ 08330-1852 |
| 517681317 | + | CAC Comercial Acceptance Company, 2300 Gettysburg Rd Suite 102, Camp Hill, PA 17011-7303 |
| 517681318 | + | Cardholder services Disputes, P O Box 2994, Phoenix, AZ 85062-2994 |
| 517681319 | + | Central Credit Services, LLC, P.O. Box 1259, Dept. #120957, Oaks, PA 19456-1259 |
| 517810219 | +++ | Fay Servicing , LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 517681324 | + | First Bankcard, C/O First National Bank of Omaha, P.O. Box 3437, Omaha, NE 68103-0437 |
| 517681325 | + | Hayt, Hayt & Landau, LLC, Meridian Center 1, Two Industrial Way West, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 517681327 | + | Law office of Joel Cardis, LLC, 2006 Swede RD Suite 100, Norristown, PA 19401-1787 |
| 517681328 | | Leafy Green Landscaping, 482 Tuckahoe Rd, Buena, NJ 08310 |
| 518164091 | + | METROPOLITAN LIFE INSURANCE COMPANY, Fay Servicing, LLC, 3000 Kellway Drive Suite 150, Carrollton, TX 75006-3357 |
| 517681331 | + | Terminix, P O Box 742592, Cincinnati, OH 45274-2592 |
| 517681332 | + | The Paragon, P O Box 2864, Monroe, WI 53566-8064 |
| 517681333 | + | The premier Surgical Network, 535 Sycamore Ave, Shrewsbury, NJ 07702-4225 |
| 517681334 | + | Xfinity, P O Box 350, Trenton, NJ 08625-0350 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 28 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 28 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517787916 | + | Email/Text: g20956@att.com | Apr 28 2022 20:41:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 517681314 | + | Email/Text: ARMCOnlineBillPay@Atlanticare.org | Apr 28 2022 20:40:00 | Atlantic Care Regional Medical Center, P.O. Box 786361, Philadelphia, PA 19178-6361 |
| 517725287 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2022 20:43:13 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517767579 | | Email/PDF: bncnotices@becket-lee.com | Apr 28 2022 20:43:19 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517681321 | + | Email/Text: bankruptcy@credencerm.com | Apr 28 2022 20:41:00 | Credence, 17000 Dallas Parkway Suite 204, |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 28, 2022 | Form ID: plncf13 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Dallas, TX 75248-1940 |
| 517681322 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 28 2022 20:43:07 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 517681323 | | Email/Text: ECF@fayservicing.com | Apr 28 2022 20:40:00 | Fay Servicing, P.O. Box 619063, Dallas, TX 75261 |
| 517709928 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 28 2022 20:41:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 517681326 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 28 2022 20:40:00 | Kohls/Capone, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 517776629 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2022 20:43:27 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517750843 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 28 2022 20:43:02 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517681329 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2022 20:53:33 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste. 100, Norfolk, VA 23502 |
| 517681330 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2022 20:53:33 | Portfolio Recovery Associates, P O Box 12914, Norfolk, VA 23541 |
| 517806798 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 28 2022 20:41:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517682589 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 20:43:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517804785 | | METROPOLITAN LIFE INSURANCE COMPANY |
| 517681320 | ##+ | Chase receivables, 755 Baywood Drive Suite 208, Petaluma, CA 94954-5508 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 30, 2022                     Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2022 at the address(es) listed below:

**Name**          **Email Address**

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 28, 2022 | Form ID: plncf13 | Total Noticed: 34 |

Denise E. Carlon
    on behalf of Creditor Metropolitan Life Insurance Company dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Harold N. Kaplan
    on behalf of Creditor Metropolitan Life Insurance Company hkaplan@rasnj.com informationathnk@aol.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Kevin Gordon McDonald
    on behalf of Creditor Metropolitan Life Insurance Company kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Melissa N. Licker
    on behalf of Creditor Metropolitan Life Insurance Company mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com

Sindi Mncina
    on behalf of Creditor Metropolitan Life Insurance Company smncina@raslg.com

Thomas E. Dowey
    on behalf of Debtor Kenneth M Komorsky tdesquire@hotmail.com

Thomas E. Dowey
    on behalf of Joint Debtor Sandra Komorsky tdesquire@hotmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10