Thomas E. Dowey, Esquire
2312 New Road, Suite 103
Northfield, N.J. 08225
(609) 646-6200
Attorney for Debetors

IN RE  Kenneth M. Komorsky
        Sandra Komorsky

      Debtor

:UNITED STATES BANKRUPTCY COURT FOR
:DISTRICT OF NEW JERSEY
:
:BANKRUPTCY NO: 18-25516-
:
**:SUBSTITUTION OF ATTORNEY**

The undersigned hereby consents to the substitution of Terry Tucker, Esquire as Attorney for the Debtors, Kenneth M. Komorsky and Sandra Komorsky in the above bankruptcy case

Dated: 05/17/22

Terry Tucker, Esquire

_____
Terry Tucker, Esquire
Superseding Attorney

Thomas E. Dowey, Esquire

_____
Thomas E. Dowey, Esq.
Withdrawing Attorney

X_____
Estate of Kenneth M. Komorsky  Debtor

X_____
Sandra Komorsky Co-Dedtor