Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

401 Market Street
Camden, NJ 08102

---

Case No.:  18−25516−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kenneth M Komorsky | Sandra Komorsky |
| 100 Fox Hollow Drive | aka Sandra G. Komorsky |
| Mays Landing, NJ 08330 | 100 Fox Hollow Drive |
| | Mays Landing, NJ 08330 |

Social Security No.:
  xxx−xx−5884                             xxx−xx−4784

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case
as to the:
     Debtor and Joint Debtor was entered on January 4, 2023.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 5, 2023
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | | Case No. 18-25516-ABA |
|---|---|---|
| Kenneth M Komorsky | | Chapter 13 |
| Sandra Komorsky | | |
| Debtors | | |

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2023 | Form ID: 148 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth M Komorsky, Sandra Komorsky, 100 Fox Hollow Drive, Mays Landing, NJ 08330-4937 |
| 517681313 | + | Account Services, P O Box 1269, Columbus, OH 43216-1269 |
| 517681314 | + | Atlantic Care Regional Medical Center, P.O. Box 786361, Philadelphia, PA 19178-6361 |
| 517681315 | + | Black Horse Pike Auto Collision, 6324 Black Horse Pike, Egg Harbor Township, NJ 08234-5543 |
| 517681316 | + | Boakes Funeral Home Inc., 6050 Main street, Mays Landing, NJ 08330-1852 |
| 517681317 | + | CAC Comercial Acceptance Company, 2300 Gettysburg Rd Suite 102, Camp Hill, PA 17011-7303 |
| 517681318 | + | Cardholder services Disputes, P O Box 2994, Phoenix, AZ 85062-2994 |
| 517681319 | + | Central Credit Services, LLC, P.O. Box 1259, Dept. #120957, Oaks, PA 19456-1259 |
| 517810219 | +++ | Fay Servicing , LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 517681325 | + | Hayt, Hayt & Landau, LLC, Meridian Center 1, Two Industrial Way West, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 517681327 | + | Law office of Joel Cardis, LLC, 2006 Swede RD Suite 100, Norristown, PA 19401-1787 |
| 517681328 | | Leafy Green Landscaping, 482 Tuckahoe Rd, Buena, NJ 08310 |
| 518164091 | + | METROPOLITAN LIFE INSURANCE COMPANY, Fay Servicing, LLC, 3000 Kellway Drive Suite 150, Carrollton, TX 75006-3357 |
| 517681331 | + | Terminix, P O Box 742592, Cincinnati, OH 45274-2592 |
| 517681332 | + | The Paragon, P O Box 2864, Monroe, WI 53566-8064 |
| 517681333 | + | The premier Surgical Network, 535 Sycamore Ave, Shrewsbury, NJ 07702-4225 |
| 517681334 | + | Xfinity, P O Box 350, Trenton, NJ 08625-0350 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 05 2023 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 05 2023 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517787916 | + | EDI: CINGMIDLAND.COM | Jan 06 2023 01:39:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 517725287 | | EDI: CAPITALONE.COM | Jan 06 2023 01:39:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517767579 | | Email/PDF: bncnotices@becket-lee.com | Jan 05 2023 20:55:11 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517681321 | + | Email/Text: bankruptcy@credencerm.com | Jan 05 2023 20:44:00 | Credence, 17000 Dallas Parkway Suite 204, Dallas, TX 75248-1940 |
| 517681322 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 05 2023 20:55:09 | Credit One Bank, P.O. Box 98872, Las Vegas, NV |

District/off: 0312-1 | User: admin | Page 2 of 3
Date Rcvd: Jan 05, 2023 | Form ID: 148 | Total Noticed: 34

| | | | |
|---|---|---|---|
| | | | 89193-8872 |
| 517681323 | Email/Text: ECF@fayservicing.com | | |
| | | Jan 05 2023 20:44:00 | Fay Servicing, P.O. Box 619063, Dallas, TX 75261 |
| 517681324 | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | Jan 05 2023 20:44:00 | First Bankcard, C/O First National Bank of Omaha, P.O. Box 3437, Omaha, NE 68103 |
| 517709928 | EDI: JEFFERSONCAP.COM | | |
| | | Jan 06 2023 01:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 517681326 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Jan 05 2023 20:43:00 | Kohls/Capone, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 517776629 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jan 05 2023 20:55:03 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517750843 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Jan 05 2023 20:55:01 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517681329 | EDI: PRA.COM | | |
| | | Jan 06 2023 01:39:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste. 100, Norfolk, VA 23502 |
| 517681330 | EDI: PRA.COM | | |
| | | Jan 06 2023 01:39:00 | Portfolio Recovery Associates, P O Box 12914, Norfolk, VA 23541 |
| 517806798 | + EDI: JEFFERSONCAP.COM | | |
| | | Jan 06 2023 01:39:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517682589 | + EDI: RMSC.COM | | |
| | | Jan 06 2023 01:39:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517804785 | | METROPOLITAN LIFE INSURANCE COMPANY |
| 517681320 | ##+ | Chase receivables, 755 Baywood Drive Suite 208, Petaluma, CA 94954-5508 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2023 at the address(es) listed below:**

**Name**                    **Email Address**

Denise E. Carlon

    on behalf of Creditor Metropolitan Life Insurance Company dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Harold N. Kaplan

    on behalf of Creditor Metropolitan Life Insurance Company hkaplan@rasnj.com  kimwilson@raslg.com

Isabel C. Balboa

    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa

    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Kevin Gordon McDonald

    on behalf of Creditor Metropolitan Life Insurance Company kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Melissa N. Licker

    on behalf of Creditor Metropolitan Life Insurance Company mlicker@hillwallack.com  HWBKnewyork@ecf.courtdrive.com

Sindi Mncina

    on behalf of Creditor Metropolitan Life Insurance Company smncina@raslg.com

Terry Tucker

    on behalf of Debtor Kenneth M Komorsky terrytucker@comcast.net

Terry Tucker

    on behalf of Joint Debtor Sandra Komorsky terrytucker@comcast.net

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10